IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT NOCK, an individual, on his own behalf and on behalf of all others similarly situated,<br>          Plaintiff,<br>v.<br><br>SPRING ENERGY RRH, LLC d/b/a SPRING POWER & GAS and RRH ENERGY SERVICES, LLC d/b/a RICHMOND ROAD HOLDINGS, LLC, Delaware limited liability companies<br><br>          Defendants. | No. 23-1042<br><br>**ORIGINAL CLASS ACTION COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF UNDER THE TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. § 227,** *ET SEQ.*<br><br>**CLASS ACTION** |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Jeremy R. Wilson hereby moves this Court for an Order for admission to practice pro hac vice to appear as counsel for Plaintiff Robert Nock in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Texas, Florida and Arkansas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. Other than a suspension for late payment of bar dues in Arkansas, as outlined in the attached affidavit, I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Submitted February 21, 2023.

                                            Respectfully submitted,

                                            By:    /s/ Jeremy R. Wilson
                                            Jeremy R. Wilson (pro hac vice application pending)
                                            Texas Bar No. 24037722
                                            2501 N. Harwood St., Suite 1250

Dallas, TX. 75201
jeremy@wilsonlawtx.com
Telephone: (214) 662-8456
Facsimile: (214) 594-8844

*Attorneys for Plaintiff Robert Nock, on his own behalf, and behalf of all others similarly situated*

**ATTORNEY FOR PLAINTIFF ROBERT NOCK**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT NOCK, an individual, on his own behalf and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br><br>SPRING ENERGY RRH, LLC d/b/a SPRING POWER & GAS and RRH ENERGY SERVICES, LLC d/b/a RICHMOND ROAD HOLDINGS, LLC, Delaware limited liability companies<br><br>Defendants. | No. 23-1042<br><br>**ORIGINAL CLASS ACTION COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF UNDER THE TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. § 227, *ET SEQ.*<br><br>CLASS ACTION** |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Jeremy R. Wilson, being duly sworn, hereby depose and say as follows:

1. I am a solo practitioner practicing with the firm name Wilson Law, at 2501 N. Harwood St., Suite 1250, Dallas, TX. 75201. Telephone number: (214) 662-8456. Facsimile number (214) 484-8844.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bar of the states of Texas (Bar No. 24037722), Florida (Bar No. 0545511) and Arkansas (Bar No. 2000108).

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I never been convicted of a felony.

1

6. My license to practice law in Arkansas was suspended for untimely payment of bar dues and was reinstated automatically on April 10, 2020, upon payment of same. Other than this incident, I have never been censured, suspended, disbarred or denied admission or readmission by any court.

Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in Cause No. 23-1042 for Plaintiff Robert Nock.

I hereby swear under penalty of perjury that the forgoing is true and correct.

Submitted February 20, 2023.

_____
Affiant - Jeremy R. Wilson

SUBSCRIBED AND SWORN TO BEFORE ME this the 20th day of February, 2023.

_____
Notary Public

SHANNON M. WEBB
My Notary ID # 130570149
Expires March 7, 2024

2

# The Supreme Court of Texas

AUSTIN
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Jeremy Reade Wilson**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 6th day of November, 2002.

I further certify that the records of this office show that, as of this date

**Jeremy Reade Wilson**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 16th day of February, 2023.

BLAKE HAWTHORNE, Clerk

*Blake A. Hawthorne*
Clerk, Supreme Court of Texas

No. 1229C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

# Supreme Court of Florida

## Certificate of Good Standing

I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

**JEREMY READE WILSON**

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on APRIL 18, 2002, is presently in good standing, and that the private and professional character of the attorney appear to be good.



WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this FEBRUARY 9, 2023.

_____
Clerk of the Supreme Court of Florida

Supreme Court

# State of Arkansas

Little Rock

## CERTIFICATE OF LICENSURE

State of Arkansas

in the Supreme Court

I, Kyle E. Burton, Clerk of the Supreme Court of Arkansas, do hereby certify that Jeremy R. Wilson was enrolled as an Attorney at Law and Solicitor in Chancery by the Supreme Court of this State on August 29, 2000 and that no disbarment proceedings have been filed against this attorney in this court during the past three year period.

This attorney's license was suspended for non-payment of the annual fee from April 16, 2019 through April 10, 2020 pursuant to Rule VII.C of the Rules Governing Admission to the Bar.

In Testimony Whereof, I hereunto set my hand as Clerk and affix the seal of Said Court this the 30th day of January, 2023.



KYLE E. BURTON
(CLERK)

By _Michelle Weise_
Deputy Clerk