# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT NOCK, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>　v.<br><br>SPRING ENERGY RRH, LLC d/b/a SPRING POWER & GAS and RRH ENERGY SERVICES, LLC d/b/a RICHMOND ROAD HOLDINGS, LLC, Delaware limited liability companies<br><br>　　　　Defendants. | No. 23-1042<br><br>**ORIGINAL CLASS ACTION COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF UNDER THE TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. § 227,** *ET SEQ.*<br><br>**CLASS ACTION** |

The motion of Jeremy R. Wilson, for admission to practice pro hac vice in the above-captioned action is granted. Applicant has declared that he is a member in good standing of the bars of the states of Texas, Florida and Arkansas and that his contact information is as follows:

Applicant's Name:＿　Jeremy R. Wilson

Firm Name:　　　　　Wilson Law

Address:　　　　　　2501 N. Harwood St. Suite 1250, Dallas, TX. 75201

Telephone/Fax:　　　(214) 662-8456/(214) 594-8844

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Robert Nock in the above-entitled action; IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　United States District / Magistrate Judge