EXHIBIT 4

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT NOCK, an individual, on his own behalf and on behalf of all others similarly situated, | No. 1:23-cv-01042 |
| Plaintiff, | **PLAINTIFF ROBERT NOCK'S DECLARATION** |
| v. | |
| SPRING ENERGY RRH, LLC d/b/a SPRING POWER & GAS, RRH ENERGY SERVICES, LLC and RICHMOND ROAD HOLDINGS, LLC, Delaware limited liability companies, | |
| Defendants. | |

1.      My name is Robert Nock. I have personal knowledge of all of the facts set forth in this declaration and could testify thereto if called to do so.

2.      I am the owner and user of the telephones that receive calls to the 443-523-XXXX and 410-289-XXXX telephone numbers at issue in this case.

3.      I understand my attorneys produced documents, designated NOCK 0001 to NOCK 0021, to the Defendants on August 8 and 10, 2023. These productions include call records which correspond to calls I received at my 443-523-XXXX and 410-289-XXXX telephone numbers. I received many calls from telemarketers in April 2021. I was deeply frustrated with my inability to stop these calls or hold the callers accountable. During one of the last of these calls in April 2021, a caller with a heavy South Asian accent stated he was calling from Spring Power, and asked if I had met with a Spring Power representative that day, and if I had completed an electronic form to obtain service from Spring Power. While I answered affirmatively, in the hopes that I would be able to elicit more information about these callers in order to locate them and hold them accountable, in fact no Spring Power representative ever met with me in person. I did not provide the caller accurate information (such as my real name or

address) because I understood that the caller was involved in illegal telemarketing, and I was concerned that such information might be used to retaliate against me and/or commit identity theft against me. I have never agreed to enroll in Spring Power's services, or consented to calls from Spring Power.

4.      **Certification:** Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 14, 2023          By: ____Robert Nock____

                                    Robert Nock