# EXHIBIT B

# Daniel R. LeCours

| | |
|---|---|
| **From:** | Brian Ream <sales@endurancesales.net> |
| **Sent:** | Tuesday, May 11, 2021 7:11 PM |
| **To:** | Orpheus Craigue |
| **Cc:** | RRH QA; SalesSupport |
| **Subject:** | Re: Concerns with Endurance MD Sales |

We were able to determine how the initial agent was doing it and thought we made it very clear it would not be tolerated moving forward.

I appreciate the information and will follow up shortly.

On Tue, May 11, 2021 at 5:59 PM Orpheus Craigue <OrpheusCraigue@rrhenergy.us> wrote:

> Thank you sir, they will be deactivated from TPV.  If you feel confident with the agents/team after your visit, please keep us posted, and we will revisit.
>
> And additionally if you want any further context on how sales are being conducted, please feel free to reach out to me directly – happy to discuss.
>
> Have a great day. Thanks.
>
> **Orpheus Craigue**
>
> **Quality Assurance Manager**
>
> 
>
> **RRH Brands: Kiwi Energy, Ecogold,**
>
> **Arrow Energy, Spring Power & Gas**
>
> Office: 646-887-8200
>
> Cell: 518-428-5390
>
> orpheuscraigue@rrhenergy.us

1

**From:** Brian Ream <sales@endurancesales.net>
**Sent:** Tuesday, May 11, 2021 5:36 PM
**To:** Orpheus Craigue <OrpheusCraigue@rrhenergy.us>
**Cc:** RRH QA <Qa@rrhenergy.us>; SalesSupport <SalesSupport@rrhenergy.us>
**Subject:** Re: Concerns with Endurance MD Sales

Orpheus

Please deactivate this entire team immediately. We had thought this was isolated to one agent but this information is very concerning to us as well. Please deactivate all agents until we can determine what is going on here.

Thank you for sending this over. I will be in market next week meeting with another team and will be sure to get a resolution as soon as possible.

Brian Ream

On Tue, May 11, 2021 at 5:31 PM Orpheus Craigue <OrpheusCraigue@rrhenergy.us> wrote:

> Good Afternoon Brian,
>
> Wanted to touch base after a few recent enrollments have raised QA concerns. I've attached some prior related correspondence which was isolated to one agent at the time; however these items listed here raise some quality concerns with other agents and the team as a whole. Please review and keep us updated with anything you can determine. In the meantime, we will be doing an audit of sales, which could lead to further rejections.
>
> If you need any further details on these, please let us know. Thanks in advance for promptly looking into these concerns.
>
> **Saralynn Kullman END2001**: Mabel Edwards, PH# 4105422695 – Completed the initial verification call for enrollment but on a subsequent follow-up call indicated that she had only spoken to someone on the phone, and denied that anyone had met her at her door.

**Theodore Williams END2004**: Seda Glenian, PH# 3015404180 – Completed the enrollment but followed up and stated "I lied. They told me to say that things that didn't happen had happened (regarding the sales visit)" Customer also indicated that she was supposed to receive $50 off of her bill for two years, and was unaware of the terms of her contract (unaware that her fixed contract came with a cancellation fee).

We did not get further details from these customers below, but the enrollment data itself was concerning, with similar findings for both.

- **Tevin Rollins END2002** for Lelia Rollins PH# 4102761063 and
- **Saralynn Kullman END2001** for Deborah J Barbour PH# 3014452572
- Customers completed the verification phone call, but the GPS places the customer outside of the USA (Pakistan to be exact) when the digital enrollment portion was completed. This would lead us to believe that the customer was not the individual who authorized the first part (digital TPV) with tpv.com.

**Orpheus Craigue**

**Quality Assurance Manager**



**RRH Brands: Kiwi Energy, Ecogold,**

**Arrow Energy, Spring Power & Gas**

200 Park Ave South, Suite 1301

New York, NY 10003

Office: 646-887-8200

Cell: 518-428-5390

orpheuscraigue@rrhenergy.us

---------- Forwarded message ----------
From: Brian Ream <sales@endurancesales.net>
To: Amanda Miranda <amandamiranda@rrhenergy.us>
Cc: RRH QA <Qa@rrhenergy.us>
Bcc:
Date: Thu, 22 Apr 2021 16:54:11 +0000
Subject: Re: Neil St. Louis / END2000

Amanda,

Thank you for sending this over to me. I am initiating an investigation into this situation immediately and will provide feedback as soon as possible.

Brian.

On Thu, Apr 22, 2021 at 12:41 PM Amanda Miranda <amandamiranda@rrhenergy.us> wrote:

Good afternoon Brian,

We would like to bring this to your attention, our Quality Assurance team has escalated this agent Neil St. Louis after review of recent sales activity. The agent has been deactivated for the time being. Please review the below details and let us know if you want to jump on a call to discuss.

Two different customers have TPV entries which showed GPS locational tracking placing the agent in a city in Pakistan. The first of these was an incomplete sale and a customer that we did not speak with for any feedback on the sales oddity. (For full context, there was one entry on 4/14 which placed agent at residence and a second one on 4/17 which placed the agent overseas)

The second customer Cecil Jerome was enrolled yesterday, and similarly showed the agent in a different country. The customer did complete the verification call, but when contacted with a follow-up call, indicated that he did NOT recall a recent door-to-door visit but did recall a phone call - his claim is that he was promised a $100 rebate for his electric and gas account each month over the next several years, and that he was connected to the verification call shortly after this.

This is only one customer claim and we understand that it may not provide us a full picture, but with the information provided it seems clear that at least some of this agent's D2D activity is not being conducted at the customer residence, and as a result his badge is now deactivated.

Our QA team has not found any other agents with similar sales oddities; however, if any other team members have conducted sales in a non-compliant manner, this should be halted immediately. As a reminder, in Maryland, a wet signature is required for enrollment, in addition to the brief verification call completed; all presumably conducted while the agent is at or outside the customer residence.

**Estimated distance from Sales Agent to Service Address: 7128.00 miles**



Thank you,

**Amanda Miranda**

**Sales & Operations Associate**⚡



**RRH Brands: Kiwi Energy, Ecogold,**

**Arrow Energy, Spring Power & Gas**

200 Park Avenue South, Suite 1301

New York, NY 10003

Direct Line: 929-333-3002

Cell: 347-405-0483

amandamiranda@rrhenergy.us


--

Brian Ream

President

Endurance Sales and Marketing LLC.

sales@endurancesales.net

248-797-2566

--

Brian Ream

President

Endurance Sales and Marketing LLC.

sales@endurancesales.net

248-797-2566

--
Brian Ream
President
Endurance Sales and Marketing LLC.
sales@endurancesales.net
248-797-2566

6