# Exhibit 2
## Defendants' December 6, 2023 Email

**Subject:** RE: Nock v. Spring Energy
**From:** "Daniel R. LeCours" <dlecours@HarrisBeach.com>
**Date:** 12/6/23, 12:23 PM
**To:** "Ethan Preston" <ep@eplaw.us>, "Jeremy R. Wilson" <jeremy@wilsonlawtx.com>
**CC:** "Elliot A. Hallak" <ehallak@HarrisBeach.com>

Ethan:

==I can confirm that the log includes all emails with Brian Ream during the class period.  Additionally, this search was performed on Defendants' entire email system.==  Defendants do not use instant messaging in their business.

As we have discussed several times now, once we reach agreement on the scope of the collection, we will export our clients' data to our system for review and production.  With this in mind, are the date ranges and custodians that we have proposed acceptable?

We look forward to your comments to the proposed search terms.

Thank you for providing courtesy copies of the discovery demands.

Best,
Dan

**Daniel R. LeCours**
**Partner**

677 Broadway, Suite 1101
Albany, NY 12207
518.701.2749   Direct
518.424.3851   Mobile
518.427.0235   Fax
518.427.9700   Main

AddToContacts   |   ViewBio   |   HB-LinkedIn   |   HB-Twitter

Harris-Beach-Logo

**HARRISBEACH.COM**

Albany   |   Buffalo   |   Ithaca   |   Long Island
New York City   |   Rochester   |   Saratoga Springs
Syracuse   |   White Plains   |   New Haven, CT
Newark, NJ   |   Washington, D.C.

**From:** Ethan Preston <ep@eplaw.us>
**Sent:** Monday, December 4, 2023 5:52 PM
**To:** Daniel R. LeCours <dlecours@HarrisBeach.com>; Jeremy R. Wilson <jeremy@wilsonlawtx.com>
**Cc:** Elliot A. Hallak <ehallak@HarrisBeach.com>
**Subject:** Re: Nock v. Spring Energy

Dan,

On 12/4/23 7:45 AM, Daniel R. LeCours wrote:

> Ethan and Jeremy:
>
> As we discussed on Friday, attached are (1) a detailed log and export summary of email communications between Defendants and Endurance Sales & Marketing (sales@endurancesales.net) or referencing that email account and (2) proposed search terms to be used for Defendants' email documents to filter for review and subsequent production. Please note that all of the email communications yielded by this search that were made since the commencement of this action, as reflected on the log, are privileged attorney-client communications or were made at the direction of counsel. Upon review of these documents, please advise whether Plaintiff will consent to the timeframe and custodians proposed by Defendants, and whether the search terms are acceptable. We are available to meet and confer regarding these issues and the other issues raised in your recent email to the extent not already addressed.
>
> Separately, regarding the DocuSign subpoena, to the extent necessary, Defendants hereby designate the documents produced pertaining to their DocuSign account as Confidential pursuant to the terms of the Confidentiality Order entered in this matter. Additionally, we remind you of your obligation under Rule 45(a)(4) to serve a "notice and a copy of the subpoena" on Defendants **before** service of the subpoena on the non-party. We also reiterate our request that a courtesy copy of all such documents (subpoenas, discovery demands, etc.) be sent via email to counsel to provide additional time to raise objections, if necessary.
>
> Best,
> Dan
>
> **Daniel R. LeCours**
> **Partner**
>
> 677 Broadway, Suite 1101
> Albany, NY 12207
> 518.701.2749   Direct
> 518.424.3851   Mobile
> 518.427.0235   Fax
> 518.427.9700   Main
>
> AddToContacts   |   ViewBio   |   HB-LinkedIn   |   HB-Twitter
>
> Harris-Beach-Logo
>
> **HARRISBEACH.COM**
>
> Albany   |   Buffalo   |   Ithaca   |   Long Island
> New York City   |   Rochester   |   Saratoga Springs
> Syracuse   |   White Plains   |   New Haven, CT
> Newark, NJ   |   Washington, D.C.
>
> **Statement of Confidentiality**
> This electronic message may contain privileged or confidential information. If you are not the intended recipient of this e-mail, please delete it from your system and advise the sender

--
Ethan Preston