```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ROBERT NOCK,

                Plaintiff,

      - against -

SPRING ENERGY RRH, LLC, et al,

               Defendants.
-------------------------------------------------------------X

23-CV-1042 (JHR) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Plaintiff's unopposed request at Dkt. 73 to extend discovery by 60 days until June 21, 2024 is GRANTED. By separate order, the Court will issue an order to show cause as requested by Plaintiff requested in the same document. The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 73.

      SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 28, 2024
      New York, New York

Copies transmitted this date to all counsel of record.