UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROBERT NOCK,

                                                23-cv-1042 (JHR)(RWL)

                      Plaintiff,                **ORDER**

       - against -

SPRING ENERGY RRH, LLC., et al,

                   Defendant.
------------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    ORDER: NSL Marketing's request at Dkt. 82 to cancel the order to show cause hearing is denied.  However, the hearing shall be converted to a conference held by Microsoft Teams. The public may dial in to the listen only line at (646)-453-4442, and enter access code 99950115 #.

                                                SO ORDERED.

                                                _____
                                                ROBERT W. LEHRBURGER
                                                UNITED STATES MAGISTRATE JUDGE

Dated: April 12, 2024
       New York, New York

Copies transmitted this date to all counsel of record.