UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT NOCK, an individual,
on his own behalf and on behalf
of all others similarly situated,

    Plaintiff,

v.

SPRING ENERGY RRH d/b/a
SPRING POWER & GAS, et al.,

    Defendant/Third-Party Plaintiff,

v.

ENDURANCE SALES
& MARKETING, LLC,

    Third-Party Defendant.

_____/

Case No.: 1:23-cv-01042-HR

District Judge: Jennifer H. Rearden

### ORDER GRANTING JOSEPHINE ELIZABETH GRADDY'S MOTION TO APPEAR *PRO HAC VICE* AS COUNSEL FOR THIRD-PARTY DEFENDANT ENDURANCE SALES & MARKETING, LLC

THIS MATTER having come on to be heard on the Motion to Appear *Pro Hac Vice* as Counsel for Third-Party Defendant Endurance Sales & Marketing, LLC ("Motion"), filed by attorney Josephine Elizabeth Graddy pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and the Court having reviewed the Motion and accompanying Affidavit of Josephine Elizabeth Graddy and the Court's file and being otherwise fully advised in the premises, it is:

ORDERED AND ADJUDGED that the Motion is GRANTED.

SO ORDERED, this __19th__ day of __April__, 2024.

_____
Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York

cc: All counsel of record