# PRESTON/LAW OFFICES

4054 McKinney Avenue, Suite 310 / Dallas, Texas 75204
(972) 564-8340 / (866) 509-1197 / ep@eplaw.us



**Via ECF**

The Honorable Robert W. Lehrburger
Daniel Patrick Moynihan United States Courthouse, Room 1960
500 Pearl Street
New York, New York 10007-1312

June 12, 2024

Re: *Nock v. Spring Energy RRH, LLC*, No. 1:23-cv-01042, pending in the United States District Court for the Southern District of New York

Your Honor,

This firm (together with Biles Wilson, PLLC) represents Plaintiff Robert Nock ("Plaintiff" or "Nock") in this case.

On June 10, Nock filed his motion to continue the June 21 discovery deadline (ECF No. 95) and his motion to seal the motion to continue, and its supporting documents (ECF No. 96). The motion to seal was primarily premised on Defendants' designation of SPRING-029522 and SPRING-032414 as confidential under the Court's stipulated protective order.

On June 12, Defendants Spring Energy RRH, LLC, RRH Energy Services, LLC, and Richmond Road Holdings, LLC (collectively "Defendants") advised that they withdrew their confidentiality designation of SPRING-029522 and SPRING-032414. This leaves Nock's redactions of Roland Camunas's complete telephone number from SPRING-032414. Nock maintains his position that the Camunas's privacy interest in his complete telephone number outweighs any value the public would derive from an unredacted copy of SPRING-032414.

Nock is herewith publicly filing unredacted copies of his June 10 motion to continue and SPRING-029522, as well as a redacted version of SPRING-032414.

Sincerely,

s/Ethan Preston

Ethan Preston

cc: Counsel of record (via ECF)

Granted.

SO ORDERED:

6/13/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE