```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT NOCK,                                                :
                                                            :   23-CV-1042 (JHR) (RWL)
                            Plaintiff,                      :
                                                            :
            - against -                                     :   ORDER
                                                            :
SPRING ENERGY RRH, LLC, et al,                              :
                                                            :
                            Defendants.                     :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On June 20, 2024 at Dkt. 105, Plaintiff filed a letter motion requesting that non-party NSL be held in contempt for failure to comply with a valid subpoena.  The letter indicates copies were provided to counsel of record, presumably by filing on ECF.  Counsel for NSL is not listed on ECF.  Accordingly, if service of Plaintiff's letter has not already been made on NSL, Plaintiff shall effect service by June 24, 2024; in either event, Plaintiff shall file proof of service on NSL by June 25, 2024

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 21, 2024
       New York, New York

Copies transmitted this date to all counsel of record.