UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/2024
```

---------------------------------------------------------------X

ROBERT NOCK,                                          :
                                                     :      23-CV-1042 (JHR) (RWL)
                           Plaintiff,                :
                                                     :
            - against -                              :      **ORDER**
                                                     :
SPRING ENERGY RRH, LLC, et al,                       :
                                                     :
                           Defendants.               :
                                                     :
---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

For the reasons substantially as set forth in Plaintiff's letter at Dkt. 111, Plaintiff's motion with respect to serving non-parties NSL Marketing, LLC and Neil St. Louis (together "NSL") is granted as follows:

1. To the extent not already accomplished, by June 28, 2024, Plaintiff shall serve on NSL a copy of Plaintiff's application for an order holding NSL in contempt (Dkt. 105), together with a copy of Plaintiff's request for approval of service (Dkt. 111), and a copy of the instant order by the following means: (i) email and mail to NSL's attorney Gregory A. Sioris who previously appeared in this action on behalf of NSL in connection with the subpoenas at issue; (ii) U.S. mail and registered mail at 595 Elizabeth Avenue, Newark, New Jersey 07112; and (iii) email at stlouisneil@gmail.com.

2. Plaintiff shall file proof of service of same by July 2, 2024.

3. On July 23, 2024, at 2:30 p.m., in Courtroom 18D, United States Courthouse, 500 Pearl Street, New York, New York 10007, the Court will hold a conference to address Plaintiff's application for contempt. Any written response to Plaintiff's application shall be filed no later than 5 days before the hearing date.

1

4.  Neil St. Louis shall appear in person and by counsel if represented, and NSL Marketing, LLC shall appear by counsel (as corporate entities may not appear unrepresented).  Counsel for Plaintiff and counsel for Defendants may appear by telephone by calling in to 888-398-2342 and entering access code 9543348.  Mr. St. Louis and NSL Marketing LLC's failure to appear for the conference may be grounds alone for imposing contempt and/or ordering the relief requested by Plaintiff.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 25, 2024
        New York, New York

Copies transmitted this date to all counsel of record.