```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ROBERT NOCK,

                Plaintiff,              23-CV-1042 (JHR) (RWL)

      - against -             **ORDER**

SPRING ENERGY RRH, LLC, et al,

                Defendants.
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On July 1, 2024, Plaintiff filed a letter motion to compel non-party AnswerNet to comply with a deposition subpoena. (Dkt. 114.) Accordingly:

      1. By July 5, 2024, Plaintiff shall serve a copy of this order on AnswerNet's counsel with whom Plaintiff's counsel has had communications. Plaintiff shall file proof of service by July 8, 2024.

      2. By July 12, 2024, AnswerNet shall file a letter response to Plaintiff's letter motion.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: July 2, 2024
       New York, New York

Copies transmitted this date to all counsel of record.