UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ROBERT NOCK,                                      :
                                                  :        23-CV-1042 (JHR) (RWL)
                              Plaintiff,           :
                                                  :
              - against -                          :        **ORDER**
                                                  :
SPRING ENERGY RRH, LLC, et al,                    :
                                                  :
                              Defendants.          :
                                                  :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the discovery conference held via Microsoft Teams on August 1, 2024, Plaintiff's application to compel a deposition of non-party AnswerNet is granted as follows:

1.  Plaintiff may depose a representative of AnswerNet.

2.  The deposition shall be conducted remotely at a mutually convenient date and time.

3.  The deposition shall be limited to three hours.

4.  Within 30 days following completion of the deposition, AnswerNet may make a request for reasonable costs associated with the deposition.

The Clerk of Court is directed to terminate the letter motion at Dkt. 114.


SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

1

Dated: August 1, 2024
       New York, New York

Copies transmitted this date to all counsel of record.