**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

August 7, 2024

677 BROADWAY, SUITE 1101
ALBANY, NY 12207
(518) 427-9700

**VIA ECF**

DANIEL R. LECOURS
PARTNER
DIRECT: (518) 701-2749
FAX: (518) 427-0235
DLECOURS@HARRISBEACH.COM

United States Magistrate Judge Robert W. Lehrburger
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Robert Nock v. Spring Energy RRH, LLC et al.*, United States District Court, Southern District of New York, Case No. 1:23-cv-01042

Dear Judge Lehrburger:

This office represents the Defendants, Spring Energy RRH, LLC d/b/a Spring Power & Gas ("Spring Energy"); RRH Energy Services, LLC ("RRH"); and Richmond Road Holdings, LLC ("Richmond Road Holdings") (collectively "Defendants") in the above-referenced matter. I write jointly and with the consent of counsel for Third-Party Defendant, Endurance Sales & Marketing, LLC, and pursuant to Paragraph I.F. of Your Honor's Individual Rules in Civil Cases, respectfully requesting a 14-day extension of time to respond to the Counterclaims filed by Third-Party Defendant (ECF No. 124). Defendants have not made any previous requests for an extension of time to respond to the Counterclaims filed by Third-Party Defendant. The originally scheduled deadline for Defendants to respond to the Counterclaims is August 13, 2024. If Defendants' request for an extension is granted, the new deadline for Defendants to respond to the Counterclaims would be August 27, 2024.

If the foregoing is acceptable to the Court, the parties respectfully request that Your Honor So Order this correspondence.

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Daniel R. LeCours*

Daniel R. LeCours

cc: Counsel of record (via ECF)

SO ORDERED:

8/8/2024
Robert W. Lehrburger
United States Magistrate Judge