USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __08/16/2024__

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re LONESTAR MARKETING GROUP, LLC and DUSTIN PARRISH, | § § § § § § § § § § § | No. 24-MC-0291-JHR-RWL <br><br> Underlying Proceeding: *Nock v. Spring Energy RRH, LLC, et al.*, Case No. 23-1042, pending in the United States District Court for the Southern District of New York. <br><br> **ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Matthew R. Miller for admission Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Texas; and that his contact information is as follows:

Applicant's Name: Matthew R. Miller

Firm Name: Stinson LLP

Address: 2200 Ross Avenue, Suite 2900

City/State/Zip: Dallas, Texas 75201

Telephone/Fax: (t) (214) 560-2201; (f) (214) 560-2203

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Lonestar Marketing Group, LLC and Dustin Parrish in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: __08/16/2024__

_____
Hon. Robert W. Lehrburger
United States Magistrate Judge