UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT NOCK,

                Plaintiff,

      - against -

SPRING ENERGY RRH, LLC, et al,

                Defendants.
------------------------------------------------------------X

23-CV-1042 (JHR) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court has received Mr. St. Louis's affidavit filed on August 16, 2024. The affidavit is deficient in the following respect: while it addresses email found "on" Mr. St. Louis's computer, it does not expressly address email that resides in any file in Mr. St. Louis's gmail account, regardless if the email also resides on the computer. Accordingly, by August 23, 2024, Mr. St. Louis shall provide a sworn declaration confirming that he has searched for and provided all responsive email found within his gmail account, including but not limited to his "sent items" and "deleted items" files. By August 30, 2024, Plaintiff may file a letter of no more than two pages addressing any concerns about Mr. St. Louis' August 13 and August 23 statements.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: August 16, 2024
       New York, New York

Copies transmitted this date to all counsel of record.