UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
                                                            :   24-MC-291 (JHR) (RWL)
                                                            :   Underlying Proceeding,
In Re LONESTAR MARKETING GROUP,                             :   *Nock v. Spring Energy RRH, LLC*,
LLC and DUSTIN PARRISH                                      :   23-CV-1042 (JHR) (RWL)
                                                            :
                                                            :
                                                            :   **ORDER**
                                                            :
                                                            :
                                                            :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    This miscellaneous case is a suit to enforce a third-party subpoena served on Lonestar Marketing Group, LLC and Dustin Parrish (collectively, "Lonestar") in connection with the underlying case, 23-CV-1042, *Nock v. Spring Energy RRH, LLC, et al*. The action was transferred to this Court from the Northern District of Texas. This Court resolved the application to enforce the subpoena as stated on the record at the hearing held via Microsoft Teams on August 22, 2024.

    As summarized here, and for the reasons stated during the hearing, Nock's motion for contempt, brought on by order to show cause, is denied in part and granted in part. Nock's application for contempt is denied, as is his request for appointment of an independent monitor to oversee discovery from Lonestar. By September 5, 2024, Lonestar shall conduct an additional search of documents and produce (1) responsive documents pertaining to Defendants for the relevant time period using as search terms the two email addresses identified at the hearing, and (2) payment records pertaining to actions taken on behalf of Defendants for the relevant time period whether directly by

1

Lonestar or indirectly by another vendor (such as Endurance or NSL doing business with Lonestar).  To the extent Nock seeks to have Lonestar identify and restore responsive deleted email, Nock shall pay the cost thereof and shall use a vendor identified by or otherwise agreeable to Lonestar.

Any further filings pertaining to this matter shall be filed in the underlying case, 23-CV-1042.  The Clerk of Court is directed to terminate the motion at Dkt. 1 and terminate this case.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 22, 2024
        New York, New York

Copies transmitted this date to all counsel of record.