```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT NOCK,

                Plaintiff,                    23-CV-1042 (JHR) (RWL)

     - against -                        **ORDER**

SPRING ENERGY RRH, LLC, et al,

                Defendants.
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      By September 9, 2024, non-party Neil St. Louis / NSL shall submit a response to Plaintiff's letter dated August 30, 2024 addressing the issues raised therein, which include spoliation, forensic examination, and sanctions.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: September 3, 2024
       New York, New York

Copies transmitted this date to all counsel of record.