```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT NOCK,                                                :
                                                            :   23-CV-1042 (JHR) (RWL)
                                     Plaintiff,             :
                                                            :
                    - against -                             :   ORDER
                                                            :
SPRING ENERGY RRH, LLC, et al,                              :
                                                            :
                                     Defendants.            :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On September 3, 2024, the Court issued an order (Dkt. 152) requiring that, by September 9, 2024, non-party Neil St. Louis / NSL (collectively, "NSL") submit a response to Plaintiff's letter dated August 30, 2024 addressing the issues raised therein, which include spoliation, forensic examination, and sanctions.

No response has been filed, and it appears from the electronic docket that no counsel of record is identified for NSL even though counsel previously has appeared for NSL, and that NSL is incorrectly identified as an ADR provider. Accordingly,

1. The September 9, 2024 deadline imposed on NSL to respond is extended to September 23, 2024.

2. By September 23, 2024, counsel for NSL shall file an appearance as counsel of record for NSL.

3. Plaintiff counsel shall send by email and overnight mail a copy of this order to counsel for NSL no later than September 17, 2024, and shall file an affidavit of service of having done so by September 17, 2024.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 13, 2024
       New York, New York

Copies transmitted this date to all counsel of record.