# Exhibit J

(AnswerNet's September 24, 2024 Email and Spreadsheet)

Exhibits to Preston Declaration                                                                 No. 1:23-cv-01042

From: "David Murdza" <david.murdza@answernet.com> [209.85.160.53]
To: "Ethan Preston" <ep@eplaw.us>
CC: "Jeremy R. Wilson" <jeremy@wilsonlawtx.com>
"Daniel R. LeCours" <dlecours@harrisbeach.com>
"Elliot A. Hallak" <ehallak@harrisbeach.com>
"Ashly McGarity" <ashly.mcgarity@answernet.com>
Date: 9/13/2024 1:11:42 PM
Subject: Fwd: [EXT] Re: [EXT] RE: Fwd: Veritext Virtual Invitation | Nock, Robert, et al. v. Spring Energy RRH, LLC, et al. | 8/26/2024 | 6872872 | AnswerNet Inc , Corp Rep
Attachments: Spring Digital-RES-DTD-MD_PA_NJ (11-16-2021) (1).xlsx

---

Ethan - First, regarding the request for "documents concerning the rules that Defendants set for TPV.com and/or AnswerNet, including the rules for when they would mark verification calls for Defendants as 'Customer Needs Clarification' in which calls the consumer indicated that the Defendants' sales agent was not present at the consumer's address during the enrollment," a client script document, as attached, is the documentation which would set forth the dispositions. Please see attached.

Second, regarding your request for "http logs," please allow me to clarify my prior response: There is no report or data specifically named "http logs," a term which you have seemingly coined. I reviewed Gary Pudles's deposition again and see no mention of this term during his deposition either. When I initially presented this request to our Client Solutions team, I was advised that the data they believed to be responsive to this request (i.e., date of enrollments related to third-party verification calls performed by TPV.com) is available through the client portal, and that is what I intended to rely through my response. My use of your term--"http logs"--was imprecise and in error, as there is no such document or report by this name.

Since receiving your follow up email, I discussed the matter again with our Client Solutions team, who clarified with the following response: When the request was presented we assumed Plaintiff's counsel wanted access to all sales events completed by Endurance between March 29 to May 11, 2021 and MBM between between September 15, 2021 and July 7, 2022. The client has access to view all sales events completed in their portal which tracks the flow of all sale interactions.

It is my understanding that you *do* have access to the sales events data via Defendants. If that is not accurate or there is something else you are looking for, please advise and if such data or documentation exists I will seek a determination of the required level of effort to search for same; however, I believe you have all the data we have related to sales events.

Lastly, I have been advised it will take two hours of tech time to search for calls with 215-914-9702 in the client's call activity, and this does not guarantee that the search will return results. If you are interested in having us pursue this search at the cost of $300 for two hours of tech time, we first require that our outstanding costs be covered, as previously requested, and a commitment to pay the additional $300.

Thank you,

David

On Tue, Sep 10, 2024 at 3:22 PM Ethan Preston <ep@eplaw.us> wrote:

> David, I wanted to follow up on this last issue. Thanks, Ethan
>
> On 8/27/24 2:16 PM, Ethan Preston wrote:
>
>> David, one last thing: we ask for documents concerning the rules that Defendants set for TPV.com and/or AnswerNet, including the rules for when they would mark verification calls for Defendants as "Customer Needs Clarification" in which calls the consumer indicated that the

Defendants' sales agent was not present at the consumer's address during the enrollment, that Mr. Pudles discussed towards the end of the deposition yesterday.

Thanks,

Ethan

On 8/26/24 4:07 PM, Ethan Preston wrote:

> David, we wanted to ask after a few follow-up items from the deposition.
>
> First, we want to ask AnswerNet to produce TPV.com's recordings of calls with 215-914-9702 between March 21 and May 24, 2021. If you examine the attached exhibit 46, you'll see it identifies a number of calls between 215-914-9702 and different TPV.com telephone numbers (like 8335137075, 8444161174, 8449432767, and 8339701303).
>
> Second, we'd like AnswerNet to produce http logs for Defendants' enrollments at client.tpvhub.com by Endurance (so, March 29 to May 11, 2021) and MBM (between September 15, 2021 and July 7, 2022). As client.tpvhub.com appears to be an Amazon Web Services server, it seems like AnswerNet can collect those logs pretty readily via CloudTrail and/or AWS Athena.
>
> Finally, we ask AnswerNet to produce its written communications with Defendants about this case.
>
> Thanks,
>
> Ethan

| | Spring - Digital | | | | | |
|---|---|---|---|---|---|---|
| | English | Spanish | Logic | State | Ancillary Verbiage | NOTES |
| | Electronic Transcription Summary/ Preamble | | | | | |
| 1.1.1 | Are you {{user.name}}? | Es usted {{user.name}}? | If Yes and PA or NJ Move-to 2.1.1<br>If Yes and PA or NJ Move-to 3.1.1<br>If No Move-to END_CALL | PA<br>MD<br>NJ | Authorizing Name | |
| 2.1.1 | Are you the account holder or a person authorized to make changes to these accounts? | ¿Es usted el titular de la cuenta o una persona autorizada para realizar cambios en estas cuentas? | If Yes Move-to 4.1.1<br>If No Move-to END_CALL | PA<br>NJ | Authorizing Relationship | |
| 3.1.1 | You are the account holder, and you authorize Spring Power and Gas to be your energy supplier. Is that correct? | Usted es el titular de la cuenta y autoriza a Spring Power and Gas a ser su proveedor de energía. ¿Es eso correcto? | If Yes Move-to 4.1.1<br>If No Move-to END_CALL | MD | Authorizing Relationship | |
| 4.1.1 | Can you confirm that today's date is {{date}} and the time is {{time}}? | ¿Puedes confirmar que la fecha y hora de hoy es {{date}} {{time}}? | If Yes Move-to 5.1.1<br>If No Move-to END_CALL | PA<br>MD<br>NJ | Date and Time | |
| 5.1.1 | Your contact phone number is {{user.phone}}. | Su número de teléfono de contacto principal es {{user.phone}}. ¿Es eso correcto? | If Yes Move-to 6.1.1<br>If No Move-to END_CALL | PA<br>MD<br>NJ | Phone Number | |
| | Services Summary / Identify | | | | | |
| 6.1.1 | Your service and billing address are:<br><br /> <br /><br>{{account.address_table}}<br><br /> | Su direccion de servicio y facturacion es:<br><br /> <br /><br>{{account.address_table}}<br><br /><br>¿Es eso correcto? | If Yes Move-to 7.1.1<br>If No Move-to END_CALL | PA<br>MD<br>NJ | PA, NJ, MD - Service and Billing Address | |
| 7.1.1 | Are the following account details correct?<br><br>Account numbers listed | ¿Son correctos los siguientes detalles de la cuenta?<br><br>Account numbers listed | If Yes and PA Move-to 8<br>If Yes and NJ Move to 10<br>If Yes and MD Spring Guard Move-to 14<br>If Yes and Spring Fixed Move-to 12<br>If Yes and Spring Green 50/Zero Gas 50 move to 15<br>If No Move-to END_CALL | PA<br>MD<br>NJ | PA, NJ, MD - Account Details | |
| | Rates & Cancellation / Verify | | | | | |
| 8.1.1 | There are no guaranteed savings as compared to the Utility's Supply Service and the price may be higher or lower than the Utility's. Do you understand that by enrolling you will receive {{product.intro_amount.electric}} {{product.currency.electric}} for {{product.uom.electric}} and {{product.intro_amount.gas}} {{product.currency.gas}} per {{product.uom.gas}} for the first month. For the second month you will receive {{product.intro_amount.electric}} {{product.currency.electric}} for {{product.uom.electric}} and {{product.intro_amount.gas}} {{product.currency.gas}} per {{product.uom.gas}} for the Initial Term of 36 months and then onto successive 36 months. You may cancel at any time without a fee. MUST GET A YES | No hay ahorros garantizados en comparación con el servicio de suministro de la utilidad y el precio puede ser mayor o menor que el de la Utilidad. Recibirá {{product.intro_amount.electric}} {{product.currency.electric}} for {{product.uom.electric}} and {{product.intro_amount.gas}} {{product.currency.gas}} per {{product.uom.gas}} durante el primer mes. Por el Segundo mes, recibirá {{product.intro_amount.electric}} {{product.currency.electric}} for {{product.uom.electric}} and {{product.intro_amount.gas}} {{product.currency.gas}} per {{product.uom.gas}} por Termino Inicial de 36 meses y después a 36 meses sucesivos. Puede cancelar en cualquier momento sin ningún cargo. ¿Estás de acuerdo? | Display when Electric Tiered Rate - PA | PA | PA - Electric - Tiered | |
| 9.1.1 | Do you understand that by enrolling your gas, you receive an initial rate of {{product.intro_amount.gas}} {{product.currency.gas}} per {{product.uom.gas}} for the first month. For the second month you will receive rate of {{product.second_amount.gas}} {{product.currency.gas}} per {{product.uom.gas} and thereafter it will vary month to month? | ¿Entiendes que al inscribirte recibes una tasa inicial de {{product.intro_amount.gas}} de {{product.currency.gas}} por {{product.uom.gas}} para el primer mes. Por el segundo mes, recibirá {{product.intro_amount.gas}} de {{product.currency.gas}} por {{product.uom.gas}} y, a partir de entonces, esto variará de un mes a otro? | Display when Gas Tiered Rate - PA | PA | PA - Gas - Tiered | |
| 10.1.1 | Your initial price for electricity supply service is {{product.intro_amount.electric}} {{product.currency.electric}} per {{product.uom.electric}} for your first billing cycle and thereafter will vary from month-to-month. This is a month-to-month agreement until cancelled. There is no early termination fee. Do you understand? | Su precio inicial de electricidad de servicio de suministro es de {{product.intro_amount.electric}} centavos por {{product.uom.electric}} para su primer ciclo de facturación y, posteriormente, variará de un mes a otro. Su contrato continuará mes a mes hasta su finalización. No hay cargo por terminación anticipada. Entiendes? | Display when electric Tiered Rate - NJ - Excluding Spring Guard | NJ | MD,NJ - Electric - Tiered - NOT_IN Spring Guard | |
| 11.1.1 | Your initial price for gas supply service is {{product.intro_amount.gas}} {{product.currency.gas}} per {{product.uom.gas}} for your first billing cycle and thereafter will vary from month-to-month. This is a month-to-month agreement until cancelled. There is no early termination fee. | Su precio inicial para el gas natural es de {{product.intro_amount.gas}} centavos por {{product.uom.gas}} para su primer ciclo de facturación y, posteriormente, variará de un mes a otro. Su contrato continuará mes a mes hasta su finalización. No hay cargo por terminación anticipada. | Display when Gas Tiered Rate - NJ - Excluding Spring G | NJ | MD,NJ - Gas - Tiered - NOT_IN Spring Guard | |
| 12.1.1 | For your electricity supply you agree to receive a fixed rate of {{product.amount.electric}} {{product.currency.electric}} per {{product.uom.electric}}. The initial term of the Agreement is {{product.term.electric}} months, after the initial term your rate will vary from month to month. If you cancel within the initial {{product.term.electric}}, you agree to pay an early termination fee of ${{product.cancellation_fee.electric}}. | Por su servicio de suministro de electricidad esta de acuerdo en recibir una tarifa fija de {{product.amount.electric}} {{product.currency.electric}} por {{product.uom.electric}} El plazo inicial del Acuerdo es {{product.term.electric}} meses, despues del termino inicial su tarifa vareara de mes a mes. Si cancela durante el {{product.term.electric}} inicial, usted accede a pagar un cargo por cancelación anticipada es de ${{product.cancellation_fee.electric}}. | Display when MD - Electric - Fixed | MD | MD - Electric - Fixed | |
| 13.1.1 | For your gas supply you agree to receive a fixed rate of {{product.amount.gas}} {{product.currency.gas}} per {{product.uom.gas}}. The initial term of the Agreement is {{product.term.gas}} months, after the initial term your rate will vary from month to month. If you cancel within the initial {{product.term.gas}, you agree to pay an early termination fee of ${{product.cancellation_fee.gas}}. | Por su servicio de suministro de gas, recibira un tarifa fija de {{product.amount.gas}} {{product.currency.gas}} por {{product.uom.gas}}. El plazo inicial del Acuerdo es {{product.term.gas}} meses, despues del termino inicial su tarifa vareara de mes a me. Si cancela durante el {{product.term.gas}} meses inicial, usted accede a pagar un cargo por cancelación anticipada es de ${{product.cancellation_fee.gas}}. | Display when MD - Gas - Fixed | MD | MD - Gas - Fixed | |
| 14.1.1 | There are no guaranteed savings as compared to the Utility's Supply Service and the price may be higher or lower than the Utility's. You can call us to ask for future pricing information. You will be enrolled on the Spring Guard product. You will receive {{product.intro_amount.electric}} {{product.currency.electric}} per {{product.uom.electric}} and {{product.intro_amount.gas}} {{product.currency.gas}} per {{product.uom.gas}} for the first month and thereafter it will vary month to month for the Initial Term of 36 months and then onto successive terms of 36 months. You may cancel at any time without a fee. Do you agree? | No hay ahorros garantizados en comparación con el Servicio de suministro de la utilidad y el precio puede ser mayor o menor que el de la utilidad. Puede llamarnos para solicitar información sobre precios futuros. Usted será inscrito en el producto Spring Guard. Usted Recibirá {{product.intro_amount.electric}} {{product.currency.electric}} per {{product.uom.electric}} y {{product.intro_amount.gas}} {{product.currency.gas}} per {{product.uom.gas}} durante el primer mes y, a partir de entonces, variarán de mes a mes por el periodo inicial de 36 meses y luego en periodos sucesivos de 36 meses. Usted puede cancelar en cual quiere momento. ¿Está de acuerdo? | Display when in MD Spring Guard - Electric and Gas | MD | MD - Electric Product IN Spring Guard | |
| 15.1.1 | There are no guaranteed savings as compared to the Utility's Supply Service and the price may be higher or lower than the Utility's. You can call us to ask for future pricing information. You will receive {{product.intro_amount.electric}} {{product.currency.electric}} per {{product.uom.electric}} and {{product.intro_amount.gas}} {{product.currency.gas}} per {{product.uom.gas}} for the first month and thereafter it will vary month to month for the Initial Term of 36 months and then onto successive 36 months. You may cancel at any time without a fee. Do you agree? | No hay ahorros garantizados en comparación con el Servicio de suministro de la utilidad y el precio puede ser mayor o menor que el de la utilidad. Puede llamarnos para solicitar información sobre precios futuros. Usted Recibirá{{product.intro_amount.electric}} {{product.currency.electric}} por {{product.uom.electric} y {{product.intro_amount.gas}} {{product.currency.gas}} por {{product.uom.gas}}. durante el primer mes y, a partir de entonces, variarán de mes a mes por Termino Inicial de 36 meses y después a 36 meses sucesivos. Puede cancelar en cualquier momento sin ningún cargo. ¿Está de acuerdo? | Display when in MD Spring Green and/or Zero Gas 50 | MD | | |
| | Disclosures / Post Verify | | | | | |
| 16.1.1 | Has the marketer left the premises? | ¿Ha salido el vendedor el local? | Display when in MD | MD | Agent Vicinity MD | |
| 16.1.1 | Do you understand that the marketing representative represents {{client.name}} and that {{client.name}} is not the distribution utility? | ¿Entiende que el representante de marketing representa a {{client.name}} y que {{client.name}} no es la utilidad de distribución? | Display when in MD, PA, NJ | PA<br>MD<br>NJ | Client Representation | |
| 17.1.1 | There are no guaranteed savings as compared to the Utility's Supply Service. Do you understand and agree? | No hay ahorros garantizados en comparación con el Servicio de Suministro de la Utilidad. ¿Entiendes y estás de acuerdo? | Display when in PA, NJ | NJ | Guaranteed Savings | |
| 18.1.1 | You will enroll with Spring Green, electricity matched with renewable energy certificates beginning with your next available meter read after your enrollment has been processed. Do you understand? | Usted se inscribirá en Spring Green, electricidad emparejada con los certificados de energía renovable a partir de la próxima lectura disponible del medidor después de que se haya procesado su inscripción.Entiendes? | Display when in MD and Electric or Dual, only for Spring Green Elec - MD Fixed | MD | Electric Renewable - Fixed - Product In: Spring Green Elec 12 Month Fixed - MD | |
| 19.1.1 | You will enroll with Zero Gas, which is our natural gas product that is offset with Green-e Climate certified carbon offsets beginning with your next available meter read after your enrollment has been processed. Do you understand? | Usted se inscribirá en Zero Gas, que es nuestro producto de gas natural que se compensa con las compensaciones de carbono certificadas por Green-e Climate a partir de su próxima lectura disponible del medidor después de que se haya procesado su inscripción. Entiendes? | Display when in MD and Gas or Dual, only for Zero Gas 12 Month Fixed - MD / Fixed | MD | Gas Renewable - Fixed - Product In: Zero Gas 12 Month Fixed - MD | |
| 20.1.1 | As part of Spring Guard, you may receive cooling, heating and other home repair services from Cinch Home Services, Inc. Within the next 7 to 10 days, you will receive a welcome kit from Cinch Home Services Like most warranties, there are limitations, exclusions and deductibles that are outlined within the terms and conditions, along with any applicable claim caps. And, if for any reason you're not satisfied with the Cinch Services, just call 844-627-6013 to speak with a customer service agent. Can you confirm that you are the homeowner or have consent from homeowner to enroll for such services? | Como parte de Spring Guard, usted puede recibir servicios de enfriamiento, calefacción y otros repararos del hogar de Cinch Home Services, Inc. Como la mayoría de las garantías existen limitaciones y exclusión que describen en los términos y condiciones. Y, si por alguna razón usted no está satisfecho con Cinch Services, solo llame al 844-627-6013 para hablar con un agente de servicio al cliente. Puede confirmar que usted es el/la dueño(a) de la casa o tiene consentimiento de el/la dueño(a) de la casa para subscribirse a tales servicios? | Display when in MD Spring Guard - HVAC PROTECT | MD | MD - HVAC PROTECT - Product Name in: Spring Guard Electricity - MD,<br>Spring Guard Gas - MD | |
| 21.1.1 | As part of Spring Guard, you'll receive the Surge protection plan from Cinch Home Services. Within the next 7 to 10 days, you will receive a welcome kit from Cinch Home Services Like most warranties, there are limitations, exclusions and deductibles that are outlined within the terms and conditions, along with any applicable claim caps. And, if for any reason you're not satisfied with the Cinch Services, just call 844-627-6013 to speak with a customer service agent. Can you confirm that you are the homeowner or have consent from homeowner to enroll for such services? | Como parte de Spring Guard, usted puede recibir el Plan de protección de Sobretensiones de Cinch Home Services, Inc. Como la mayoría de las garantías existen limitaciones y exclusión que describen en los términos y condiciones. Y, si por alguna razón usted no está satisfecho con Cinch Services, solo llame al 844-627-6013 para hablar con un agente de servicio al cliente. Puede confirmar que usted es el/la dueño(a) de la casa o tiene consentimiento de el/la dueño(a) de la casa para subscribirse a tales servicios? | Display when in MD Spring Guard - SURGE PROTECT | MD | MD - SURGE PROTECT -Product Name in: Spring Guard Electricity - MD,<br>Spring Guard Gas - MD | |
| 22.1.1 | There is no monthly fee for the Plumbing protection plan from our partner Cinch Home Services. If you choose to use this protection plan, a deductible of $125 would take care of the service visit, whether your plumbing system needs to be repaired or replaced. Do you understand and agree? | No hay ningún cargo mensual por servicios de plumbing del hogar de Cinch Home Services. Si usted elige usar servicios bajo este plan, un deducible de $125 cubrirá la visita de servicio – sea su sistema de plomeria que necesite ser reparado o reemplazado. ¿Usted entiende y está de acuerdo? | HIDDEN until Plumbing Protect is active | MD | MD - PLUMBING PROTECT -Product Name in: Spring Guard Electricity - MD,<br>Spring Guard Gas - MD | |
| 23.1.1 | The initial term of the Agreement is 36 months and there is no early termination fee. There are no guaranteed savings as compared to the Utility Supply Service. Do you understand and agree? | El plazo inicial del Acuerdo es de 36 meses y no hay un cargo por cancelación anticipada. No hay ahorros garantizados en comparación con el Servicio de suministro de servicios públicos. ¿Entiendes y estás de acuerdo? | Display when in MD - Spring Green 50/Zero Gas 50 | MD | | |
| 24.1.1 | As a customer of {{utility.name}}, you have the right to choose your energy supplier. Switching to a supplier is not mandatory and you have the option of remaining with your utility. Do you wish to make the switch to Spring Power & Gas? | Como cliente de {{utility.name}} tiene derecho a elegir su proveedor de energía. El cambio a un proveedor no es obligatorio y tiene la opción de quedarse con su servicio público. ¿Desea hacer el cambio a Spring Power & Gas? | Display when in MD and NE Dual or Utility.gas EQ Utility.electric | MD | MD - Single Utility Disclosure | |
| 25.1.1 | As a customer of {{utility.name.electric}} and {{utility.name.gas}}, you have the right to choose your energy supplier. Switching to a supplier is not mandatory and you have the option of remaining with your utility. Do you wish to make the switch to Spring Power & Gas? | Como cliente de {{utility.name.electric}} y {{utility.name.gas}} tiene derecho a elegir su proveedor de energía. El cambio a un proveedor no es obligatorio y tiene la opción de quedarse con su servicio público. ¿Desea hacer el cambio a Spring Power & Gas? | Display when in MD and EQ to Dual and Utility.gas NE Utility.electric | MD | Dual Utility Disclosure | |
| 26.1.1 | As a customer of {{utility.name.electric}}, you have a right to choose a supplier. Do you voluntarily authorize Spring Power & Gas to initiate service and begin enrollment with Spring Green 50 for Electric and/or Zero Gas 50 for gas for the following accounts? | Como cliente de {{utility.name.electric}}, tiene el derecho de elegir su suplidor. Usted voluntariamente autoriza a Spring Power & Gas para iniciar servicio y comenzar la inscripción con Spring Green 50 y/o Zero Gas 50 para la(s) siguiente(s) cuenta(s): | Display when in PA | PA | Spring Green 50/Zero Gas 50 | |
| 27.1.1 | As a customer of your utility company, you have a right to choose a supplier. Do you voluntarily authorize {{client.name}} to initiate service and begin enrollment for the for the following accounts? | Como cliente de {{utility.name.electric}}, tiene derecho a elegir su proveedor de energía. ¿Autoriza voluntariamente a {{client.name}} para iniciar el servicio y comenzar la inscripción para las siguientes cuentas? | Display when in NJ | NJ | Right to Choose Supplier | |
| 28.1.1 | You will receive a welcome letter. The letter will include the Disclosure Statement and Contract Summaries. You have 3 business days to rescind this Agreement. If you decide to cancel, please call 888-710-4782 and we will give you a cancellation number, Okay? | Recibirás una carta de bienvenida. Esta carta incluirá el Contrato y Resumen de Contrato. Si decides cancelar, por favor llámanos al 8888-710-4782 y te daremos tu número de cancelación. ¿Okay? | Display when in PA | PA | Forms PA | |
| 29.1.1 | You have 3 business days to rescind this agreement, if you decide to cancel, please call us and we will provide you with a cancellation number. Do you understand? | Tiene 3 días hábiles para rescindir este acuerdo, si decide cancelarlo, llámenos y le proporcionaremos un número de cancelación. ¿Lo entiende? | Display when in NJ | NJ | Rescission PA, NJ | |
| | Closing / Postamble | | | | | |
| 30.1.1 | You have chosen 3% Cash Back on the supply portion after 12 consecutive active billing months. Do you agree? | Ha elegido un 3% de reembolso en efectivo en la parte del suministro después de 12 meses consecutivos de facturación activa. ¿Puede confirmar? | NJ only | NJ | 3% Cash back | |
| 31.1.1 | You have also chosen 5% Ecogold Rewards on the supply portion of your bill that is credited at the first $25 and then $50 increments thereafter. Can you confirm? | También ha elegido el 5% de las Recompensas Ecogold en la parte del suministro de su factura que se acredita en los primeros $25 y luego en los incrementos de $50. ¿Puede confirmar? | NJ only | NJ | 5% Ecogold Rewards | |
| 32.1.1 | There is no termination fee. | No hay tarifa de terminación. | Spring Guard ONLY | MD | | |
| 33.1.1 | There is no termination fee. You will receive Ecogold Rewards a benefit program in which you will accumulate $100 of Rewards Dollars in your Ecogold account each month | No hay tarifa de terminación. Recibirá Recompensas Ecogold un programa de beneficio al cual acumulará $100 en Dólares de Recompensa en su cuenta de Ecogold cada mes. | Spring Green 50 and/or Zero Gas 50 | MD | Ecogold Rewards | |
| 34.1.1 | 16.You will receive a welcome letter. The letter will include the Term and Conditions and Contract Summaries. You have 3 business days to rescind this Agreement. If you decide to cancel, please call 888-710-4782 and we will give you a cancellation number. | Recibirá una carta de bienvenida. La carta incluirá la Términos y Condiciones y los Resúmenes de contratos. Tiene 3 días hábiles para rescindir este Acuerdo. Si decide cancelar, llame al 888-710-4782 y le daremos un número de cancelación. | Display when in MD | MD | Welcome Letter MD | |
| 35.1.1 | Did you agree and understand that this verification is considered your authorization to the terms of service as reviewed with you by the Spring Power & Gas representative on {{date}} | ¿Esta de acuerdo y entende que esta verificación se considera como su autorización sobre los términos de servicio revisados con usted por el representante de Spring Power & Gas el {{date}} | Display when in MD | MD | | |
| 36.1.1 | NOW REMEMBER, with this program, your utility will still read your meter and provide you with emergency assistance and you will continue to receive one bill every month from your utility just like you always have. Your verification with {{client.name}} is complete. Your verification number is {{event.confirmation}}. If you have any questions please call us at {{client.service_phone}} and our Customer Service Team will be happy to help you. Do you understand? | AHORA RECUERDE, con este programa, su utilidad seguirá leyendo su medidor y le proporcionará asistencia de emergencia y continuará recibiendo una factura cada mes de su utilidad como siempre lo ha hecho. Su verificación con {{client.name}} está completa. Su número de verificación es {{event.confirmation}}. Si tiene alguna pregunta, llámenos al {{client.service_phone}} y nuestro Equipo de Servicio al Cliente estará encantado de ayudarle. ¿Lo entiende? | Display when in MD, NJ and Single | MD<br>NJ | Single Utility Disclosure | |
| 37.1.1 | NOW REMEMBER, with this program, your electric and gas utilities will still read your meter and provide you with emergency assistance and you will continue to receive one bill every month from your electric and gas utilities just like you always have. Your verification with {{client.name}} is complete. Your verification number is {{event.confirmation}}. If you have any questions please call us at {{client.service_phone}} and our Customer Service Team will be happy to help you. | AHORA RECUERDE, con este programa, {{utility.name.electric}} y {{utility.name.gas}} seguirá leyendo su medidor y le proporcionará asistencia de emergencia y continuará recibiendo una factura cada mes de {{utility.name.electric}} y {{utility.name.gas}} como siempre lo ha hecho. Su verificación con {{client.name}} está completa. Su número de verificación es {{event.confirmation}}. Si tiene alguna pregunta, llámenos al {{client.service_phone}} y nuestro Equipo de Servicio al Cliente estará encantado de ayudarle. ¿Lo entiende? | Display when in MD, NJ and EQ to Dual | MD<br>NJ | Dual Utility Disclosure | |
| 38.1.1. | By enrolling with Spring Power & Gas, you opted to receive Ecogold Rewards a benefit program in which you will accumulate $100 of Rewards Dollars in your Ecogold account each month. NOW REMEMBER, with this program, {{utility.name.electric}} will still read your meter and provide you with emergency assistance just like they have and you will continue to receive one bill every month from {{utility.name.electric}} just like you always have. Your verification with Spring Power & Gas is complete. Your verification number is {{event.confirmation}}. Thank you and welcome to Spring Power & Gas as your Electric Generation and Natural Gas Supplier! | Al inscribirse con Spring Power & Gas, elige recibir Recompensas Ecogold un programa de beneficio al cual acumulará $100 en Dólares de Recompensa en su cuenta de Ecogold cada mes. AHORA RECUERDE, con este programa, {{utility.name.electric}} seguirá leyendo tu medidor, y seguirá ofreciendo el servicio de emergencias al igual que siempre lo ha hecho y tú seguirás recibiendo una factura cada mes por parte de {{utility.name.electric}} como siempre. Tu verificación con Spring Power & Gas está completa. Tu número de confirmación es {{event.confirmation}}. Gracias y ¡bienvenido(a) a Spring Power & Gas como tu suplidor de electricidad y gas natural! | Display when in PA | PA | Ecogold Rewards and Utility Disclosure | |

| Code | No Sale Reasons<br>Reason | Description | Fraud Indicator |
|---|---|---|---|
| 000001 | Sales Rep Did Not Leave Premises | Sales agent did not leave the premises as required. | Yes |
| 000002 | Could Not Contact Customer - Busy, Answering Mac | TPV is unable to make contact with the customer after 3 failed attempts. | No |
| 000003 | Customer Changed Their Mind | Customer wants to end the verification and/or does not agree with the terms and conditions. | No |
| 000004 | Customer Needs Clarification | Customer does not understand or is unable to complete the verification without questions being addressed. | No |
| 000005 | Hold Time Expired | Sales Rep or Customer puts TPV rep on hold for more allotted time. | No |
| 000007 | Language Barrier | Customer has difficulty understanding the language spoken by TPV and is unable to complete the verification call. | Yes |
| 000009 | Misrepresentation of Utility | Sales Agent has not made it clear to the customer they are representing an alternative supplier and/or did not explain to the customer that service would be switched to another provider. | Yes |
| 000010 | Unclear Response | | No |
| 000011 | Not Authorized Decision Maker | Customer is not at least 18 years of age and/or is not authorized to complete the enrollment verification. | No |
| 000012 | Test Call | Caller advises that the call is being completed for testing purposes. | No |
| 000015 | Sales Rep Interrupted | Sales Representative participated during the Customer Interaction portion of the verification call. i.e Sales representative attempts to further educate the customer on the program during the customer interaction portion of the call, or Sales Representative acknowledges/answers a question asked by the customer during the verification of the agreement | Yes |
| 000016 | Call Disconnected | Call disconnects during verification | No |
| 000017 | Connectivity | Related to an issue in connectivity or interruption to our system that prevents our TPV agent from proceeding. This includes and is not limited to call static, a missing rate, rate script/cancel script error. | No |
| 000018 | Existing Account Holder | Customer has an existing account with the company - system will prompt if the customer is existing or customer states they are existing customer. | No |
| 000019 | Customer Receiving Energy Assistance | Custmer receiving Energy Assistance such as HEAP, PIPP or Budget Billing | No |
| 000020 | Sales Rep Acted as Customer | Sales Rep completes the verification as the customer. | Yes |
| 000021 | Rescission/Cancellation | The customer is unclear or raises any concern or issue regarding the recession or cancellation period during the verification call. | No |
| 000091 | Agent Abusive to Customer. | Agent was abusive to the customer. | No |
| 60001 | Pending | Pending completion | No |
| 60002 | Abandoned | EzTPV was abandoned before completion | No |
| | Automated No Sale Reasons (Not visible to TPV reps) | | |
| 200001 | Restricted Zip Code | Sales Rep or customer provides a zip code that is blocked through a restricted list. | No |
| 200002 | Unauthorized Enrollment Type | Sales agent attempts a sale for an unauthorized channel. | No |
| 200007 | Existing Customer | Existing Customer/Account number check was triggered | No |
| 200003 | Blacklisted Account | Existing Customer/Blacklisted Account number check was triggered. | No |
| 200008 | Sales Rep Not Permitted | Sales Rep Code is inactive or not permitted. | No |
| 200004 | Unmatched Customer Information/Record/Transact | Sales Rep attempted to enroll service address located in different state than verification | No |
| 200005 | BTN Matches Sales Rep Phone Number | Customer's phone matches a Sales rep's phone number | No |
| 200006 | BTN Previously Good Saled | BTN has been used in a previously good saled TPV | No |
| 700001 | Agent Needs Clarification | Agent does not understand or is unable to complete the verification without questions being addressed. | No |

| Date | Description | Requestsed By | Completed By | Ticke | Notes |
|---|---|---|---|---|---|
| 8/15/2019 | Initial Version | Thomas/Orpheus | Lauren Bringle | | |
| 7/26/2021 | Update 10.1.1 to "Do you agree to the terms of service as reviewed with you by the representative today? " MD - Electric - Tiered - NOT_IN Spring Guard | Orpheus | Lauren Bringle | 19495 | |
| 8/2/2021 | Update 11.1.1 to "Your initial price for electricity supply service is {{product.intro_amount.electric}} {{product.currency.electric}} per {{product.uom.electric}} for your first billing cycle and thereafter will vary from month-to-month. This is a month-to-month agreement until cancelled. There is no early termination fee. Do you understand?" MD,NJ - Electric - Tiered - NOT_IN Spring Guard | Orpheus | Lauren Bringle | 19495 | |
| 8/2/2021 | Update 12.1.1 to "Your initial price for gas supply service is {{product.intro_amount.gas}} {{product.currency.gas}} per {{product.uom.gas}} for your first billing cycle and thereafter will vary from month-to-month. This is a month-to-month agreement until cancelled. There is no early termination fee. " MD,NJ - Gas - Tiered - NOT_IN Spring Guard | Orpheus | Lauren Bringle | 19495 | |
| 8/2/2021 | Update 13.1.1 to "For your electricity supply you agree to receive a fixed rate of {{product.amount.electric}} {{product.currency.electric}} per {{product.uom.electric}}. The initial term of the Agreement is {{product.term.electric}} months, after the initial term your rate will vary from month to month. If you cancel within the initial {{product.term.electric}}, you agree to pay an early termination fee of ${{product.cancellation_fee.electric}}. " MD - Electric - Fixed | Orpheus | Lauren Bringle | 19495 | |
| 8/2/2021 | Update 14.1.1 to "For your gas supply you agree to receive a fixed rate of {{product.amount.gas}} {{product.currency.gas}} per {{product.uom.gas}}. The initial term of the Agreement is {{product.term.gas}} months, after the initial term your rate will vary from month to month. If you cancel within the initial {{product.term.gas}, you agree to pay an early termination fee of ${{product.cancellation_fee.gas}}. " MD - Gas - Fixed | Orpheus | Lauren Bringle | 19495 | |
| 8/2/2021 | Update 15.1.1 to "Under the Spring Guard product your first month rate for electricity supply is {{product.intro_amount.electric}} {{product.currency.electric}} per {{product.uom.electric}}. After the first month your electricity supply rate will very month-to-month. The initial term of the Agreement is 36 months, which continues into successive 36 month terms. There is no early termination fee. Do you understand and agree? " MD - Electric Product IN Spring Guard | Orpheus | Lauren Bringle | 19495 | |
| 8/2/2021 | Update 16.1.1 to "Under the Spring Guard product your first month rate for gas supply is {{product.intro_amount.gas}} {{product.currency.gas}} per {{product.uom.gas}}. After the first month your gas supply rate will very month-to-month. The initial term of the Agreement is 36 months, which continues into successive 36 months terms. There is no early termination fee. Do you understand and agree? " MD - Gas Product IN Spring Guard | Orpheus | Lauren Bringle | 19495 | |
| 8/2/2021 | Update 20.1.1 to ' You will enroll with Spring Green, electricity matched with renewable energy certificates beginning with your next available meter read after your enrollment has been processed. Do you understand?" Electric Renewable - Fixed - Product In: Spring Green Elec 12 Month Fixed - MD | Orpheus | Lauren Bringle | 19495 | |
| 8/2/2021 | Update 21.1.1 to "You will enroll with Zero Gas which is our natural gas product that is offset with Green-e Climate certified carbon offsets beginning with your next available meter read after your enrollment has been processed. Do you understand?" | Orpheus | Lauren Bringle | 19495 | |
| 8/2/2021 | Update 23.1.1 to "There is no monthly fee for the heating and cooling protection plan from our partner Cinch Home Services. If you choose to use this protection plan, a deductible of $125 would take care of the service visit – whether your A/C or heating system needs to be repaired or replaced. Do you understand and agree? " | Orpheus | Lauren Bringle | 19495 | |
| 8/2/2021 | Update 24.1.1 to "As part of the Spring Guard product you may receive Surge protection plan from Cinch Home Services. There is no monthly fee for this plan. If you choose to use the Surge protection plan, you will be eligible for reimbursement of surge-damaged household electronic equipment and appliances; this plan reimburses you up to $1,500 a year. Do you understand and agree?" | Orpheus | Lauren Bringle | 19495 | |
| 8/2/2021 | Update 25.1.1 to "There is no monthly fee for the Plumbing protection plan from our partner Cinch Home Services. If you choose to use this protection plan, a deductible of $125 would take care of the service visit, whether your plumbing system needs to be repaired or replaced. Do you understand and agree?" | Orpheus | Lauren Bringle | 19495 | |
| 8/2/2021 | Update 26.1.1 to "Did the marketing representative review the Contract and Contract Summary with you, and provide you with these documents, along with a Notice of Cancellation, Wind REC Prospective Product Content Label, Zero Gas Carbon Offset Content Label, and Spring's Customer Support contact information?" | Orpheus | Lauren Bringle | 19495 | |
| 8/2/2021 | Update 27.1.1 to "Did the marketing representative review the Contract and Contract Summary with you, and provide you with these documents, along with a Notice of Cancellation and Spring's Customer Support contact information?" | Orpheus | Lauren Bringle | 19495 | |
| 8/2/2021 | Update 29.1.1 to "As a customer of {{utility.name}}, you have the right to choose your energy supplier. Switching to a supplier is not mandatory and you have the option of remaining with your utility. Do you wish to make the switch to Spring Power & Gas?" | Orpheus | Lauren Bringle | 19495 | |
| 8/2/2021 | Update 30.1.1 to " As a customer of {{utility.name.electric}} and {{utility.name.gas}}, you have the right to choose your energy supplier. Switching to a supplier is not mandatory and you have the option of remaining with your utility. Do you wish to make the switch to Spring Power & Gas?" | Orpheus | Lauren Bringle | 19495 | |
| 8/2/2021 | Update 35.1.1 to "You have chosen 3% Cash Back on the supply portion after 12 consecutive active billing months. Do you agree?" | Orpheus | Lauren Bringle | 19495 | |
| 11/16/2021 | Delete: 10.1.1 "Do you agree to the terms of service as reviewed with you by the representative today? " | | Shay Horn | 20252 | |
| 11/16/2021 | Deleted: 16.1.1 "Under the Spring Guard product your first month rate for gas supply is {{product.intro_amount.gas}} {{product.currency.gas}} per {{product.uom.gas}}. After the first month your gas supply rate will very month-to-month. The initial term of the Agreement is 36 months, which continues into successive 36 months terms. There is no early termination fee. Do you understand and agree? " | | Shay Horn | 20252 | |
| 11/16/2021 | Deleted 23.1.1 "There is no monthly fee for the heating and cooling protection plan from our partner Cinch Home Services. If you choose to use this protection plan, a deductible of $125 would take care of the service visit – whether your A/C or heating system needs to be repaired or replaced. Do you understand and agree? " | | Shay Horn | 20252 | |
| 11/16/2021 | Deleted 26.1.1 "Did the marketing representative review the Contract and Contract Summary with you, and provide you with these documents, along with a Notice of Cancellation, Wind REC Prospective Product Content Label, Zero Gas Carbon Offset Content Label, and Spring's Customer Support contact information?" | | Shay Horn | 20252 | |
| 11/16/2021 | Deleted 27.1.1 "Did the marketing representative review the Contract and Contract Summary with you, and provide you with these documents, along with a Notice of Cancellation and Spring's Customer Support contact information?" | | Shay Horn | 20252 | |
| 11/16/2021 | Deleted 28.1.1 "Did you agree and understand that this verification is considered your authorization to the terms of service as reviewed with you by the Spring Power & Gas representative on {{date}}?" | | Shay Horn | 20252 | |
| 11/16/2021 | Updated scripting verbiage for 2.1.1 "You are the account holder, and you authorize Spring Power and Gas to be your energy supplier. Is that correct?" | | Shay Horn | 20252 | |
| 11/16/2021 | Updated scripting verbiage for 10.1.1 "Your initial price for electricity supply service is {{product.intro_amount.electric}} {{product.currency.electric}} per {{product.uom.electric}} for your first billing cycle and thereafter will vary from month-to-month. This is a month-to-month agreement until cancelled. There is no early termination fee. Do you understand?" | | Shay Horn | 20252 | |
| 11/16/2021 | Updated scripting verbiage for 11.1.1 "Your initial price for gas supply service is {{product.intro_amount.gas}} {{product.currency.gas}} per {{product.uom.gas}} for your first billing cycle and thereafter will vary from month-to-month. This is a month-to-month agreement until cancelled. There is no early termination fee. " | | Shay Horn | 20252 | |
| 11/16/2021 | Updated scripting verbiage for 14.1.1 "There are no guaranteed savings as compared to the Utility's Supply Service and the price may be higher or lower than the Utility's. You can call us to ask for future pricing information. You will be enrolled on the Spring Guard product. You will receive {{product.intro_amount.electric}} {{product.currency.electric}} per {{product.uom.electric}} and {{product.intro_amount.gas}} {{product.currency.gas}} per {{product.uom.gas}} for the first month and thereafter it will vary month to month for the initial Term of 36 months and then onto successive terms of 36 months. You may cancel at any time without a fee. Do you agree?" | | Shay Horn | 20252 | |
| 11/16/2021 | Updated scripting verbiage for 15.1.1 "There are no guaranteed savings as compared to the Utility's Supply Service and the price may be higher or lower than the Utility's. You can call us to ask for future pricing information. You will receive {{product.intro_amount.electric}} {{product.currency.electric}} per {{product.uom.electric}} and {{product.intro_amount.gas}} {{product.currency.gas}} per {{product.uom.gas}} for the first month and thereafter it will vary month to month for the initial Term of 36 months and then onto successive 36 months. You may cancel at any time without a fee. Do you agree?" | | Shay Horn | 20252 | |
| 11/16/2021 | Updated scripting verbiage for 17.1.1 "There are no guaranteed savings as compared to the Utility's Supply Service. Do you understand and agree?" | | Shay Horn | 20252 | |
| 11/16/2021 | Updated scripting verbiage for 20.1.1 "As part of Spring Guard, you may receive cooling, heating and other home repair services from Cinch Home Services, Inc. Within the next 7 to 10 days, you will receive a welcome kit from Cinch Home Services Like most warranties, there are limitations, exclusions and deductibles that are outlined within the terms and conditions, along with any applicable claim caps. And, if for any reason you're not satisfied with the Cinch Services, just call 844-627-6013 to speak with a customer service agent. Can you confirm that you are the homeowner or have consent from homeowner to enroll for such services?" | | Shay Horn | 20252 | |
| 11/16/2021 | Updated scripting verbiage for 21.1.1 "As part of Spring Guard, you'll receive the Surge protection plan from Cinch Home Services. Within the next 7 to 10 days, you will receive a welcome kit from Cinch Home Services Like most warranties, there are limitations, exclusions and deductibles that are outlined within the terms and conditions, along with any applicable claim caps. And, if for any reason you're not satisfied with the Cinch Services, just call 844-627-6013 to speak with a customer service agent. Can you confirm that you are the homeowner or have consent from homeowner to enroll for such services?" | | Shay Horn | 20252 | |
| 11/16/2021 | Updated scripting verbiage for 27.1.1 "As a customer of your utility company, you have a right to choose a supplier. Do you voluntarily authorize {{client.name}} to initiate service and begin enrollment for the for the following accounts?" | | Shay Horn | 20252 | |
| 11/16/2021 | Updated scripting verbiage for 28.1.1 "You will receive a welcome letter. The letter will include the Disclosure Statement and Contract Summaries. You have 3 business days to rescind this Agreement. If you decide to cancel, please call 888-710-4782 and we will give you a cancellation number, Okay? " | | Shay Horn | 20252 | |
| 11/16/2021 | Updated scripting verbiage for 29.1.1 "You have 3 business days to rescind this agreement, if you decide to cancel, please call us and we will provide you with a cancellation number. Do you understand?" | | Shay Horn | 20252 | |
| 11/16/2021 | Updated scripting verbiage for 30.1.1 "You have chosen 3% Cash Back on the supply portion after 12 consecutive active billing months. Do you agree?" | | Shay Horn | 20252 | |
| 11/16/2021 | Updated scripting verbiage for 31.1.1 "You have also chosen 5% Ecogold Rewards on the supply portion of your bill that is credited at the first $25 and then $50 increments thereafter. Can you confirm?" | | Shay Horn | 20252 | |
| 11/16/2021 | Updated scripting verbiage for 32.1.1 "There is no termination fee. " | | Shay Horn | 20252 | |
| 11/16/2021 | Updated scripting verbiage for 33.1.1 "There is no termination fee. You will receive Ecogold Rewards a benefit program in which you will accumulate $100 of Rewards Dollars in your Ecogold account each month" | | Shay Horn | 20252 | |
| 11/16/2021 | Updated scripting verbiage for 35.1.1 "Did you agree and understand that this verification is considered your authorization to the terms of service as reviewed with you by the Spring Power & Gas representative on [Date of TPV]" | | Shay Horn | 20252 | |
| 11/16/2021 | Updated scripting verbiage for 38.1.1 "By enrolling with Spring Power & Gas, you opted to receive Ecogold Rewards a benefit program in which you will accumulate $100 of Rewards Dollars in your Ecogold account each month. NOW REMEMBER, with this program, [UTLITY LIST] will still read your meter and provide you with emergency assistance just like they have and you will continue to receive one bill every month from [UTILITY LIST] just like you always have. Your verification with Spring Power & Gas is complete. Your verification number is [CONFIRMATION NUMBER]. Thank you and welcome to Spring Power & Gas as your Electric Generation and Natural Gas Supplier!" | | Shay Horn | 20252 | |