```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT NOCK,                                                :
                                                            :    23-CV-1042 (JHR) (RWL)
                              Plaintiff,                    :
                                                            :
              - against -                                   :    ORDER
                                                            :
SPRING ENERGY RRH, LLC, et al,                              :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff's letter at Dkt. 177 concerning sealing of certain information does not indicate that the parties have followed the procedure set forth in the Appendix to my individual rules of practice. Accordingly, the letter motion to seal at Dkt. 177 is denied without prejudice to renewal after the parties meet and confer as required by that Appendix.

The Clerk of Court is directed to terminate the letter motion at Dkt. 177.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 16, 2024
       New York, New York

Copies transmitted this date to all counsel of record.

1