# PRESTON/LAW OFFICES

4054 McKinney Avenue, Suite 310 / Dallas, Texas 75204
(972) 564-8340 / (866) 509-1197 / ep@eplaw.us

*Via ECF*

The Honorable Robert W. Lehrburger
Daniel Patrick Moynihan United States Courthouse, Room 1960
500 Pearl Street
New York, New York 10007-1312

October 18, 2024

Re:   *Nock v. Spring Energy RRH, LLC*, No. 1:23-cv-01042, pending in the United States District Court for the Southern District of New York

Your Honor,

This firm (together with Biles Wilson, PLLC) represents Plaintiff Robert Nock ("Plaintiff" or "Nock") in this case. On October 7, 2024, Nock filed a motion to seal. (ECF No. 176.) On October 16, the Court denied that motion "without prejudice to renewal after the parties meet and confer" regarding the relief sought in the motion. (ECF No. 182.)

Nock advised AnswerNet, Inc., TPV, LLC, Sales Verification LLC, and Cerida Investment Corp. (together, "AnswerNet") and Defendants Spring Energy RRH, LLC, RRH Energy Services, LLC, and Richmond Road Holdings, LLC (collectively "Defendants") that his position remains that the only thing that needs to be sealed is the consumer's name disclosed in the transcript. (Pudles Depo. Tr. 100:14, 100:21, 110:19-20.)

AnswerNet responded by email to indicate that it does not oppose this relief. Defendants agree to Nock's requested relief "without waiver as to the confidentiality of the contents of any exhibits referenced in those portions of the [deposition] transcript." (Nock's original motion to seal identified certain exhibits to the deposition transcript that were not necessary to decide the issues before the Court. (ECF No. 176 at 2p.))

Nock thanks the Court for its time and attention to this matter.

Sincerely,

s/Ethan Preston

Ethan Preston

cc: Counsel of record (via ECF), AnswerNet, Inc., TPV, LLC, Sales Verification LLC, and Cerida Investment Corp. (via email)

SO ORDERED:

10/18/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE