**PRESTON/LAW OFFICES**

4054 McKinney Avenue, Suite 310 / Dallas, Texas 75204
(972) 564-8340 / (866) 509-1197 / ep@eplaw.us

Granted.

SO ORDERED:

10/22/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**Via ECF**

The Honorable Robert W. Lehrburger
Daniel Patrick Moynihan United States Courthouse, Room 1960
500 Pearl Street
New York, New York 10007-1312

October 21, 2024

Re:   *Nock v. Spring Energy RRH, LLC*, No. 1:23-cv-01042, pending in the United States District Court for the Southern District of New York

Your Honor,

This firm (together with Biles Wilson, PLLC) represents Plaintiff Robert Nock ("Plaintiff" or "Nock") in this case. On October 7, 2024, Nock filed a motion to seal. (ECF No. 176.) On October 21, the Court granted Nock's motion to redact certain documents. (ECF No. 185.) Later that day, the Nock filed redacted documents, but inadvertently filed the wrong version of one such document. (ECF No. 186-2.) Nock moves to seal ECF No. 186-2 and file a new, properly-redacted version of that document.

Sincerely,

s/Ethan Preston

Ethan Preston

cc: Counsel of record (via ECF)