# EXHIBIT 27

| From: | Amanda Miranda [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=39193A89721240E3A26B1195701F7652-AMANDA MIRA] |
|---|---|
| Sent: | 3/26/2021 4:32:33 PM |
| To: | Brian Ream [sales@endurancesales.net] |
| CC: | Orpheus Craigue [orpheuscraigue@rrhenergy.us]; Konrad Kozieja [konradkozieja@rrhenergy.us] |
| Subject: | RE: Training for MD- Endurance |

Brian,

The following agents are now active in TPV.com:

As a reminder we encourage the team to use the option to re-set password the first time they log in.

| Agent ID | First_name | Last_name | Username | Password |
|---|---|---|---|---|
| END2000 | Neil | St. Louis | END2000 | password |
| END2001 | Saralynn | Kullman | END2001 | password |
| END2002 | Tevin | Fleming | END2002 | password |
| END2003 | Tanya | Hudson | END2003 | password |
| END2004 | Theodore | Williams | END2004 | password |

Good luck to the team!

**From:** Brian Ream <sales@endurancesales.net>
**Sent:** Friday, March 26, 2021 12:05 PM
**To:** Amanda Miranda <amandamiranda@rrhenergy.us>
**Cc:** Orpheus Craigue <OrpheusCraigue@rrhenergy.us>; Konrad Kozieja <KonradKozieja@rrhenergy.us>
**Subject:** Re: Training for MD- Endurance

Amanda,

Please confirm once the agents have been loaded to the system and are good to go. They are excited to get started. Thank you

Brian

On Fri, Mar 26, 2021 at 10:28 AM Amanda Miranda <amandamiranda@rrhenergy.us> wrote:

1. **COVID19 Training** – Protecting yourself and keeping the community safe.

2. **Spring Guard**- Electricity and Gas with Cinch Home Guard:
A. Introduction to Product Description
B. Rate type, term and cancellation fee
C. Renewal Attributes
D. Eligibility who can Enroll or qualify for this product.
E. Compatibility with other offers
F. Additional benefits

3. **Spring Green Fixed & Zero Gas Fixed** in MD:

| | |
|---|---|
| A. | 12 Month Fixed rate |
| B. | $100 Cancellation fee for each product |
| C. | 3% Cash Back or 5% Ecogold Rewards |
| D. | Energy Efficiency Products - $200 value |
| E. | RECs and Carbon Offsets |

4. **Customer Enrollment and Compliance**:

| | |
|---|---|
| A. | Collecting accurate information |
| B. | The importance of a valid email address |
| C. | Live TPV |
| D. | Only the person who completed the online enrollment is authorized to complete the Live TPV call |
| E. | No VOIP numbers, automatic cancels |
| F. | QA audits and charge backs |

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

**Please join my meeting from your computer, tablet or smartphone.**
https://www.gotomeet.me/kiwiEnergy/training-for-md-endurance

**You can also dial in using your phone.**
United States: +1 (408) 650-3123

**Access Code:** 880-659-717

New to GoToMeeting? Get the app now and be ready when your first meeting starts:
https://global.gotomeeting.com/install/880659717

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

\-\-
Brian Ream
President
Endurance Sales and Marketing LLC.
sales@endurancesales.net
248-797-2566