**PRESTON/LAW OFFICES**
4054 McKinney Avenue, Suite 310 / Dallas, Texas 75204
(972) 564-8340 / (866) 509-1197 / ep@eplaw.us

*Via ECF*

Granted. Plaintiff's reply is due by June 6, 2025.

SO ORDERED:

5/27/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

The Honorable Laura Taylor Swain
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse, Room 1960
500 Pearl Street
New York, New York 10007-1312

May 23, 2025

Re:   *Nock v. Spring Energy RRH, LLC*, No. 1:23-cv-01042, pending in the United States District Court for the Southern District of New York

Your Honor,

This firm (together with Biles Wilson, PLLC) represents Plaintiff Robert Nock ("Plaintiff" or "Nock") in this TCPA case against Defendants Spring Energy RRH, LLC, RRH Energy Services, LLC, and Richmond Road Holdings, LLC ("RRH" and/or "Defendants"). On May 9, 2025, Nock filed a motion to transfer this case, so it could be consolidated with two overlapping class actions in Maryland. (ECF No. 250.) On May 23, RRH filed its opposition. (ECF No. 255.)

Under the ordinary operation of the Local Rules, Nock's reply is due on May 30, 2025. Local Civil Rule 6.1(b). Nock needs more time to prepare a fulsome reply. Nock respectfully requests a week's extension on his reply brief—until June 6. After consultation, RRH's counsel has indicated that RRH does not object to this relief.

Sincerely,

s/Ethan Preston

Ethan Preston

cc: Counsel of record (via ECF)